# Court of Appeals, State of Michigan

## ORDER

In re A L Collier Minor

Docket No.    330018

LC No.    2014-043766-NA

Kathleen Jansen
Presiding Judge

Peter D. O'Connell

Michael J. Riordan
Judges

---

The Court orders that the June 21, 2016 opinion is hereby AMENDED. The opinion contained the following clerical error: The court name shown in the header on the first page should read Muskegon Circuit Court.

In all other respects, the June 21, 2016 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

AUG 2 2 2016

Date

Chief Clerk